IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAMES O' DELL WALTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| TDCJ BOARD OF PARDONS AND PAROLES, ET AL., | ) | 3:25-CV-2157-G-BT |
| | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge

and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the

undersigned District Judge is of the opinion that the Findings and Conclusions of the

Magistrate Judge are correct, and they are accepted as the Findings and Conclusions

of the court.  By separate judgment, the petitioner's case will be **DISMISSED**

without prejudice.  The petitioner's motion for discretionary review (docket entry 20)

is **DENIED**.

Considering the record in this case, the court **DENIES** a certificate of

appealability.  The court adopts and incorporates by reference the Magistrate Judge's

Findings, Conclusions and Recommendation filed in this case in support of its finding that the movant has failed to show (1) that reasonable jurists would find this court's "assessment of the constitutional claims debatable or wrong" or (2) that reasonable jurists would find it "debatable whether the [motion] states a valid claim of the denial of a constitutional right" and "debatable whether [this court] was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**SO ORDERED**.

May 12, 2026.

**A. JOE FISH**
**Senior United States District Judge**

- 2 -